DIANE J. HUMETEWA
United States Attorney
District of Arizona
ANGELA W. WOOLRIDGE
Assistant United States Attorney
Evo A. Deconcini United States Courthouse
405 West Congress, Suite 4800
Tucson, Arizona 85701-5040
Telephone: 520-620-7300
angela.woolridge@usdoj.gov
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

CR09 - 1124 TUC
CKJGEE

| | |
|---|---|
| United States of America, | ) INDICTMENT |
| | ) |
| Plaintiff, | ) Violations: |
| | ) 18 USC §922(g)(5)(B) |
| v. | ) 18 USC §924(a)(2) |
| | ) |
| Santiago Gutierrez-Othon, | ) (Possession of a Ammunition by a |
| | ) Nonimmigrant Alien) |
| Defendant. | ) |

THE GRAND JURY CHARGES:

### COUNT 1

On or about March 8, 2009, at or near Tucson, in the District of Arizona, SANTIAGO GUTIERREZ-OTHON, an alien who had been admitted to the United States under a nonimmigrant visa; did knowingly possess ammunition, that is; 500 rounds of Wolf .223 caliber ammunition; said ammunition being in and affecting commerce in that

/ / /

/ / /

they were previously transported into the state of Arizona from another state or foreign country; in violation of Title 18, United States Code, Sections 922(g)(5)(B) and 924(a)(2).

A TRUE BILL



Presiding Ju

DIANE J. HUMETEWA
United States Attorney
District of Arizona

Assistant U.S. Attorney

JUN 1 0 2009

REDACTED FOR
PUBLIC DISCLOSURE

United States v. **Santiago Gutierrez-Othon**, Indictment Page 2